**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 408 WAL 2016
                          :
            Respondent        :
                          :   Petition for Allowance of Appeal from
                          :   the Order of the Superior Court
            v.                 :
                          :
                          :
GUIPING ZHENG,             :
                          :
            Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.